UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LATASHA M. WASHINGTON,** | ) | CASE NO. EDCV 07-01068 SS |
| **Plaintiff,** | ) | **JUDGMENT** |
| v. | ) | |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) | |
| **Defendant.** | ) | |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED: October 31, 2008.

                                                                           _____/s/_____
                                                                           SUZANNE H. SEGAL
                                                                           UNITED STATES MAGISTRATE JUDGE